Maria Grice, Administratrix of Estate of Dolores Grice, Deceased, Appellee, v. Paul F. O'Neil, Administrator of Estate of Richard Jacobsen, Deceased, Appellant.

Gen. No. 9,799.

Heard in this court at May term, 1942; opinion filed September 3, 1942. C. H. Linscott, for appellant; Clarence M. Dunagan, for appellee. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''